## GASKILL v. STATE EX REL. COBEY

No. 210P93

Case below: 109 N.C.App. 656

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

## GRAVITTE v. MITSUBISHI SEMICONDUCTOR AMERICA

No. 193P93

Case below: 109 N.C.App. 466

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

## HINTON v. DUKE UNIVERSITY

No. 195P93

Case below: 109 N.C.App. 696

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

## JONES v. SHOJI

No. 225A93

Case below: 110 N.C.App. 48

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion allowed 1 July 1993 as to issue No. 2 only in the issues to be briefed.

## KING v. KOUCOULIOTES

No. 100PA93

Case below: 108 N.C.App. 751

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 1 July 1993.